IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. SCOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT BOWMAN, et al.,<br><br>    Defendants. | No. C 07-0161 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a state prisoner. The clerk sent him an order which has been returned as undeliverable. Petitioner has not notified the clerk of any change of address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: April 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\SCOTT161.DSM-MAIL.wpd